UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEKOVEN JOHNSON,<br><br>　　　　　Petitioner,<br><br>　　　　　v.<br><br>CHRISTIAN PFEIFFER, Warden,<br><br>　　　　　Respondent. | NO. CV 16-8826-SJO (AGR)<br><br>JUDGMENT |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is summarily dismissed.

DATED: December 12, 2016

_____
S. JAMES OTERO
United States District Judge